IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID KARAM, et al.,

    Plaintiffs,

v.

NORTH CHEROKEE ELECTRICAL
CONTRACTORS, INC., et al.,

    Defendants.

CIVIL FILE

NO. 1:14-CV-2506-WBH

ORDER

After careful consideration of the settlement agreement, [Doc. 3], this Court finds that: (1) the litigation involves a bona fide wage and hour dispute; (2) the proposed settlement is fair and equitable to all parties concerned; and (3) the proposed settlement contains an award of reasonable attorneys' fees. As such, the settlement agreement is approved pursuant to 29 U.S.C. § 216(b), and the Clerk is **DIRECTED** to close this action.

It is **SO ORDERED**, this 3rd day of October, 2014.

WILLIS B. HUNT, JR.
Judge, U. S. District Court

AO 72A
(Rev.8/82)